IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

CASIANO CENIZA AGUSTIN, JR. (02)

NO. 2:25-CR-041-Z (02)

## FACTUAL RESUME

In support of Casiano Ceniza Agustin, Jr.'s plea of guilty to the offense in Count Three of the Indictment, Agustin, Jr., the defendant, Paul Herrmann, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Three of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), that is, Possession with Intent to Distribute 50 Grams or More of Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant knowingly possessed a controlled substance;

*Second.*  That the substance was in fact methamphetamine;

*Third.*  That the defendant possessed the substance with the intent to distribute it; and

*Fourth.*  That the quantity of the substance was at least 50 grams or more of methamphetamine.

To "possess with intent to distribute" simply means to possess with intent to

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

**Casiano Ceniza Agustin, Jr.**
**Factual Resume—Page 1**

deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

## STIPULATED FACTS

1. On or about February 1, 2025, in the Amarillo Division of the Northern District of Texas, the Southern District of Texas, and elsewhere, Casiano Ceniza Agustin, Jr., defendant, did knowingly or intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

2. On February 1, 2025, Amarillo Police Department (APD) officers stopped a vehicle driven by Casiano Ceniza Agustin, Jr. after they observed Agustin, Jr. parked the wrong way in front a residence on Bonita Street in Amarillo, Texas. During the traffic stop, a drug-detecting canine was called to the scene. An officer utilized his canine to conduct a free-air sniff around Agustin, Jr.'s vehicle. The canine alerted to the odor of narcotics.

3. Officers conducted a probable cause search of the vehicle. During the search, officers found several baggies of suspected methamphetamine. The total gross weight of the baggies was 274.98 gross grams (154.69 grams, 67.30 grams, 46.10 grams, and 6.98 grams).

4. An officer conducted an interview with Agustin, Jr. The officer read Agustin, Jr. his *Miranda* warnings. Agustin, Jr. waived his rights and agreed to make a statement. During the interview, Agustin, Jr. admitted to distributing methamphetamine. He stated that he knew that the methamphetamine was inside his vehicle. Agustin, Jr.

admitted that he delivers methamphetamine to seven people per day. He stated that he usually sells methamphetamine in ounces, or "zips," to his customers.

5. While officers were transporting Agustin, Jr. to jail, they observed text messages coming into Agustin Jr.'s cell phone. One message stated, "hey I need some."

6. Two of the baggies of suspected methamphetamine seized from Agustin, Jr. were sent to the DPS Laboratory. The DPS Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The tested substance had a total net weight of 214.55 grams.

7. Agustin, Jr. admits that he knowingly possessed with intent to distribute 50 grams or more of a controlled substance, namely methamphetamine, a Schedule II controlled substance.

8. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Three of the Indictment.

AGREED TO AND STIPULATED on this 29th day of August, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
Casiano Ceniza Agustin, Jr.
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

/s/ Paul Herrmann
_____
Paul Herrmann
Attorney for Defendant